**Frank R. OWENS, Appellant,**

**Brandon D. Henderson, Plaintiff,**

**v.**

**Elizabeth ROBINSON; Steve Rubin; Margaret Shipley; R. Ormer; Brad Richards; Cecilia Reynolds; Gary Jorgensen; Mary Hildebrand; Steve**

---

Jenkins; William Clark; Captain Jones; Mark Lund; Gary Maynard; Gerold Nelson; Jim Payne; Justin Spring; Colleen Strong, Appellees.

No. 08–3588.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 20, 2009.

Filed: Dec. 16, 2009.

Frank R. Owens, Iowa Department of Corrections, Davenport, IA, pro se.

Forrest Guddall, Attorney General's Office, Des Moines, IA, for Steve Rubin, Margaret Shipley, R. Ormer, Brad Richards, Cecilia Reynolds, Gary Jorgensen, Mary Hildebrand, Steve Jenkins, William Clark, Captain Jones, Mark Lund, Gary Maynard, Gerold Nelson, Jim Payne, Justin Spring, Colleen Strong.

John Robert Lundquist, Iowa Department of Justice, Des Moines, IA, for Elizabeth Robinson.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Iowa inmate Frank Owens appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Elizabeth Robinson (the Chair of the Iowa Board of Parole) and Clarinda Correctional Facility personnel. After careful de novo review, see *Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that dismissal was proper as to the claim against Robinson, because she established that Owens failed to exhaust his administrative remedies as required under 42 U.S.C. § 1997e(a); however, we modify the dismissal to be without prejudice, see *Jones v. Douglas County Corr. Ctr.*, 306 Fed.Appx. 339, 340 (8th Cir.2009) (unpublished per curiam). As to the remaining defendants, we conclude that dismissal was proper for the reasons stated by the district court. *See* 8th Cir. R. 47B.

Accordingly, we affirm the judgment as modified.

---

1. The Honorable Thomas J. Shields, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).